UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CATHRINE SILVER, | ) CASE NO.: 0:20-cv-60420-WPD |
| Plaintiff, | ) |
| v. | ) |
| AMERICAN EXPRESS COMPANY, | ) |
| Defendants. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Cathrine Silver ("Silver"), and Defendant, American Express Company ("Amex") (collectively, the "Parties"), pursuant to Southern District of Florida Local Rule 16.4, hereby notify the Court that the Parties have reached a full and complete settlement of this matter. In order to allow time for the Parties to prepare and execute all necessary documents and make any other arrangements to finalize the settlement, the Parties respectfully request that the Court enter an Order administratively closing this file, terminating any pending motions as moot, and permitting the Parties sixty (60) days to file a joint stipulation of dismissal or other appropriate documents to close out this file, or, on good cause shown, to reopen the case for further proceedings.

Respectfully submitted this 29th day of May 2020.

Respectfully submitted,

**FARROW LAW, P.A.**
Attorneys for Plaintiff
4801 S. University Drive, Suite 132
Davie, Florida 33328
Telephone:    (954) 252-9818
Facsimile:    (954) 252-9821
jay@farrowlawfirm.com
meera@farrowalwfirm.com

BY: */s/Meera K. Koodie*_____
    JAY LEWIS FARROW, ESQ.
    Florida Bar Number: 625213
    MEERA K. KOODIE, ESQ.
    Florida Bar Number: 1020242

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2020, I electronically filed a true and exact copy of the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to all parties of records on the service list authorized to receive electronic notice to CM/ECF.

BY: */s/Meera K. Koodie*_____
    MEERA K. KOODIE, ESQ.

## SERVICE LIST
*Cathrine Silver v. American Express Company*
*Case No: 0:20-cv-60420-WPD*

Geri E. Howell, Esquire.
Counsel for Defendant
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Blvd., Suite 320
Miami, FL 33131-4332
ghowell@shb.com
jfreire@shb.com