UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CATHRINE SILVER,                              )   CASE NO.: 0:20-cv-60420-WPD
                                              )
          Plaintiff,                          )
                                              )
v.                                            )
                                              )
AMERICAN EXPRESS COMPANY,                     )
                                              )
          Defendant.                          )
_____         /

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Cathrine Silver ("Silver"), and Defendant, American Express Company ("Amex") (collectively, the "Parties"), hereby notify the Court that the Parties hereby stipulate and agree to the dismissal with prejudice of this action, with each party to bear their own attorneys' fees and costs, and in support, state as follows:

1.      The parties have executed a Confidential Settlement and Release Agreement ("Agreement").  Pursuant to the Agreement, the parties have agreed to the dismissal with prejudice of this action because the claims asserted therein have been amicably resolved.

2.      As a result, Plaintiff and Defendant hereby agrees to and jointly request entry of an Order affirming and adopting this Joint Stipulation of Dismissal and dismissing with prejudice this action with each Party to bear its own attorneys' fees and costs.

Respectfully submitted this 24th day of June 2020.

BY: */s/Geri E. Howell___*
Geri E. Howell, Esquire
Florida Bar Number: 0594261
**SHOOK, HARDY & BACON L.L.P.**
Counsel for Defendant
201 South Biscayne Blvd., Suite 320
Miami, FL 33131-4332
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
ghowell@shb.com
jfreire@shb.com

BY: */s/Meera K. Koodie*
MEERA K. KOODIE, ESQ.
Florida Bar Number: 1020242
**FARROW LAW, P.A.**
Attorneys for Plaintiff
4801 S. University Drive, Suite 132
Davie, Florida 33328
Telephone:      (954) 252-9818
Facsimile:      (954) 252-9821
jay@farrowlawfirm.com
meera@farrowalwfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2020, I electronically filed a true and exact copy of the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to all parties of records on the service list authorized to receive electronic notice to CM/ECF.

BY: */s/Meera K. Koodie_____*
MEERA K. KOODIE, ESQ.