UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60420-CIV-DIMITROULEAS

CATHRINE SILVER,

     Plaintiff,

vs.

AMERICAN EXPRESS COMPANY,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Joint Stipulation for Dismissal with Prejudice [DE 15], (the "Stipulation"), filed herein on June 24, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 15] is **APPROVED**;

2. This case is hereby **DISMISSED** with prejudice;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any

    pending motions.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of June, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record